FILED
CHARLOTTE, N.C.

OCT 29 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR 117-T |
| | ) | |
| vs. | ) | **BILL OF INDICTMENT** |
| | ) | |
| DAVID SIMMONS | ) | Violation: 18 U.S.C. § 922(g)(1) |

THE GRAND JURY CHARGES:

COUNT ONE

On or about June 12, 2008, in Cleveland County, within the Western District of North Carolina,

DAVID SIMMONS

having been convicted on or about December 6, 1990, in the Superior Court of Cleveland County, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, and having been convicted on or about July 9, 2003, in the Superior Court of Cleveland County, North Carolina, of a crime punishable by imprisonment for a term exceeding one year, did possess a firearm, that is, a Ruger .22 caliber pistol, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

RICHARD LEE EDWARDS
ASSISTANT UNITED STATES ATTORNEY