# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR117 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| DAVID SIMMONS | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment with prejudice due to the death of the Defendant.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITH PREJUDICE.**

Signed: May 29, 2009

Lacy H. Thornburg
United States District Judge